**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**(at LEXINGTON)**

TRACY SPENCER,

       Plaintiff,

       v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

Case No. 5:22-cv-00129-DCR

**JOINT NOTICE OF SETTLEMENT AND REQUEST**
**FOR STAY OF ALL PENDING DEADLINES**

Plaintiff, Tracy Spencer ("Plaintiff"), and Defendant, The Prudential Insurance Company of America ("Prudential") (collectively "the Parties"), by and through the undersigned counsel, submit this joint notice of settlement and request for a stay of all pending deadlines, and state the following:

1.     On September 12, 2022, the parties reached a settlement in principle.

2.     As a result of reaching this settlement in principle, the parties request 45 days to finalize the form and content of the final settlement agreement. At or before the end of that 45 day time period, the parties intend to file with the Court formal documentation terminating this action.

3.     The parties further request that all deadlines in this action be stayed pending the filing of the Joint Stipulation of Dismissal.

WHEREFORE, the parties jointly submit this notice of pending settlement and request this Court to enter an order to stay all deadlines and hearings until October 27, 2022.

**DATED:  September 15, 2022**

_s/ Elizabeth Thornsbury_ (with permission)
Elizabeth Thornsbury
Mehr Fairbanks & Peterson Trial Laywers, PLLC
201 W. Short Street
Lexington, KY 40507
Phone: 859-225-3731
Fax: 859-225-3830
_Counsel for Plaintiff_

_s/ Matthew A. Clabots_
Matthew A. Clabots (_pro hac vice_)
Seyfarth Shaw LLP
233 S. Wacker Dr. Ste. 8000
Chicago, IL 60606
Phone: (312) 460-5000
Fax: (312) 460-7000
Email: mclabots@seyfarth.com

Buddy J. VanCleave
buddy.vancleave@qpwblaw.com
Quintairos, Prieto, Wood, & Boyer
9300 Shelbyville Rd., Ste. 400
Louisville, KY 40222
Phone: 502-423-6390
Buddy.vancleave@qpwblaw.com

_Counsel for Defendant_

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on September 15, 2022, I electronically filed the foregoing using

the Court's CM/ECF method, which will send notification of such filing to the following:

> Elizabeth A. Thornsbury
> elizabeth@austinmehr.com
> Philip G. Fairbanks
> pgf@austinmehr.com
> Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
> 201 West Short Street, Suite 800
> Lexington, KY 40507
>
> *Attorneys for Plaintiff*

By: */s/ Matthew A. Clabots*
Attorney for Defendant
